

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donna Giannetti, individually and on behalf of all those similarly situated,<br><br>     Plaintiff,<br><br>    -against-<br><br>Biehl & Biehl, Inc.,<br>     Defendant. | **ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>Docket No: 2:18-cv-05174-FB-RML |

TO: DOUGLAS C. PALMER
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

Plaintiff Donna Giannetti accepts Defendant's Offer of Judgment as annexed hereto, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: April 8, 2019

               **BARSHAY SANDERS, PLLC**

               By: /s *David M. Barshay*
               David M. Barshay
               100 Garden City Plaza, Suite 500
               Garden City, New York 11530
               Tel. (516) 203-7600
               Email: *ConsumerRights@BarshaySanders.com*
               Our File No: 114272
               *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DONNA GIANNETTI, Individually and on behalf
of all others similarly situated,

                                          Plaintiff,           **OFFER OF JUDGMENT**

     -against-

BIEHL & BIEHL, INC.                              18-cv-5174-JFB-AKT

                                       Defendant.
----------------------------------------------------------x

      Defendant, BIEHL & BIEHL, INC., in the above-entitled action, offers to allow judgment to be taken against them by plaintiff, DONNA GIANNETTI, for ONE THOUSAND AND ONE AND 00/100 ($1,001.00) DOLLARS; plus costs accrued to this date and attorney fees in an amount to be decided by the Court. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this offer is not admissible, except in a proceeding to determine costs. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: New City, New York
         April 8, 2019

                                                      ARTHUR SANDERS, ESQ. (AS1210)
                                                      BARRON & NEWBURGER, P.C.
                                                      *Attorney for defendant*
                                                      BIEHL & BIEHL, INC.
                                                      30 South Main Street
                                                      New City, New York 10956
                                                      (845)499-2990

TO:
DAVID M. BARSHAY, ESQ.
BARSHAY SANDERS, PLLC
*Attorney for plaintiff*
DONNA GIANNETTI
100 Garden City Plaza, Suite 500
Garden City, New York 11530
516-203-7600

## CERTIFICATE OF SERVICE

I hereby certify that I have, this April 8, 2019 caused to be served via ECF a true and correct copy of the above and foregoing on all parties.

By: /s *David M. Barshay*
David M. Barshay

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Donna Giannetti, individually and on behalf of all those similarly situated,

          Plaintiff,

          -against-

Biehl & Biehl, Inc.,

          Defendant.

**JUDGMENT**

Docket No: 2:18-cv-05174-FB-RML

---

    Defendant, Biehl & Biehl, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $496.50 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

    **ORDERED AND ADJUDGED** that Plaintiff Donna Giannetti recover from Defendant Biehl & Biehl, Inc. the principal amount of $1,001.00 costs of $496.50, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Central Islip, New York
       _____

                                            DOUGLAS C. PALMER
                                            CLERK OF COURT

                                            _____
                                            Deputy Clerk