UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DONNA GIANNETTI,
individually and on behalf of all those
similarly situated,

                Plaintiff,

                                                                                   JUDGMENT
                                                                                   2:18-cv-05174 (FB) (RML)

                -against-

BIEHL & BIEHL, INC.,

                Defendant.
------------------------------------------------------------ X

      A notice of acceptance of FRCP 68 Offer of Judgment having been filed on April 8, 2019; and an Order of Honorable Frederic Block, United States District Judge, having been filed on April 8, 2019, directing the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 68; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Donna Giannetti and against Defendants Biehl & Biehl, Inc. the principle amount of $1,001.00 costs of $496.50, and attorney's fees in amount to be set by the court.


Dated: Brooklyn, NY                                                                Douglas C. Palmer
April 9, 2019                                                                         Clerk of Court

                                                                                         By: */s/Tiffany Campbell*
                                                                                             Deputy Clerk